**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Federal Trade Commission,<br><br>Plaintiff,<br><br>v.<br><br>Netforce Seminars, et al.,<br><br>Defendants. | No. CV-00-02260-PHX-DWL<br><br>**ORDER** |

Leon B. Silver, Rebecca N. Cain, Damon W.D. Wright, Andrew S. Jacob, Mary M. Curtin, Rachel L. Werner, and Gordon Rees Scully Mansukani, LLP (collectively "Defense Counsel") have filed a motion to withdraw as counsel of record (without client consent) for Defendant James D. Noland, Jr. (Doc. 86) and Defendants Success By Media Holdings Inc. and Success by Media LLC (Doc. 89). The issues raised by these motions mirror those in another pending case, *Federal Trade Commission v. Noland*, No. CV-20-00047-PHX-DWL, where a similar motion to withdraw has been filed. An order issued today in that case resolves the issues, and the analysis in that order is incorporated here.

Accordingly,

**IT IS ORDERED** that Defense Counsel's motions to withdraw as counsel of record (Docs. 86, 89) are granted. The Receiver shall be substituted as counsel of record for Success By Media Holdings Inc. and Success by Media LLC. Noland shall proceed *pro se* unless and until he retains new counsel. His contact information is as follows:

Jay Noland[1]
1452 W. Horizon Ridge Pkwy, Suite 503
Henderson, NV 89012
1-760- 230-8916

**IT IS FURTHER ORDERED** that the FTC and the Receiver shall confer and determine a workable schedule for the Receiver to respond to the FTC's pending discovery requests.

Dated this 2nd day of April, 2020.

_____
Dominic W. Lanza
United States District Judge

---

[1] Defense Counsel avers that this is the correct service address for court filings, although Jay and Lina Noland's last known residential address is 1766 Amarone Way, Henderson, NV, 89012. (Doc. 88 at 3-4.)